

# Fourth Court of Appeals
## San Antonio, Texas

November 4, 2019

No. 04-19-00518-CR

Camron Sanchez **VASQUEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR8320
The Honorable Velia J. Meza, Judge Presiding

# O R D E R

After we granted Appellant's first motion for extension of time to file the brief, Appellant's brief was due on October 30, 2019. *See* TEX. R. APP. P. 38.6(a). On the extended due date, Appellant filed a second motion for a thirty-day extension of time to file the brief.

Appellant's motion is GRANTED; the brief is due on December 2, 2019.

Any further motion for extension of time to file Appellant's brief may be disfavored.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of November, 2019.

_____
MICHAEL A. CRUZ,
Clerk of Court